JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CATERPILLAR INC.,

Plaintiff,

v.

K FAMILY SHOES CORPORATION and MEILIDA (FU JIAN) SHOES INDUSTRIAL CO., LTD

Defendants.

CASE NO. CV06-02239 GW (FFMx)

**ORDER GRANTING PLAINTIFF CATERPILLAR INC.'S APPLICATION FOR DEFAULT JUDGMENT**

This matter is before the Court on Plaintiff Caterpillar Inc.'s Application for Default Judgment. Having found good cause for the entry of default judgment against Defendant Meilida (Fu Jian) Shoes Industrial Co., Ltd.,

IT IS HEREBY ORDERED THAT:

A. This Court has personal jurisdiction over Plaintiff and Defendant Meilida (Fu Jian) Shoes Industrial Co., Ltd. ("Defendant").

B. Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with Defendant who receive actual notice of this Order by personal service or otherwise, are permanently enjoined:

(1) From using and registering the trademarks GAIERPILLAR, GAIERBILLART, GAI, GAIERPOLLAR, CAI, CAIERPILLAR, CATERPILLAR, CAT, the CATERPILLAR and CAT logo marks, and any other trademarks, names, logos, and identifiers that contain the CATERPILLAR and CAT marks or are confusingly similar to or dilutive of the CATERPILLAR and CAT word and logo marks.

(2) From using and registering the GAI circle logo displayed in Exhibit A ("GAI Circle Logo"), and any other marks and logos that are confusingly similar to or dilutive of the CAT licensed merchandise logo shown in Exhibit B.

(3) From using and registering the yellow and black color combination for footwear, any packaging, tags, and labels displaying the yellow and black color combination, and any other trade dress that is confusingly similar to or dilutive of the Caterpillar trade dress shown in Exhibit C.

(4) From using, copying, distributing, and publishing any copyrighted materials owned by Caterpillar including, but not limited to, any copyrighted written content, images, artwork, or logos used in connection with Caterpillar's footwear and associated packaging and any substantially similar materials.

(5) From promoting, selling, distributing, advertising, purchasing, warehousing, and importing into the United States any products, packaging, tags, and labels bearing any trademarks, names, or trade dress identified above including, but

not limited to, the products and associated tags, labels, or packaging displayed in Exhibit D.

(6) From falsely representing or suggesting, by any means whatsoever, directly or indirectly, that Defendant, any product or service offered by Defendant, or any activities undertaken by Defendant, are sponsored or approved by, or are associated, affiliated, or connected with Caterpillar or any of Caterpillar's affiliated companies or licensees in any way.

C. Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with Defendant who receive actual notice of this Order by personal service or otherwise, will:

(1) Immediately destroy all products bearing any trademarks, names, or trade dress identified above in its possession, custody, or control, or in the possession, custody, or control of any of its agents or representatives including, but not limited to, the products, tags, labels, and packaging displayed in Exhibit D. If, in the future, Defendant discovers that it owns or controls any other products bearing any trademarks, names, or trade dress identified above, Defendant will immediately disclose to Caterpillar and destroy all such products.

(2) Immediately destroy all advertisements, promotional materials, labels, signs, pictures, letterhead, plaques, and any other materials bearing any trademarks, names, or trade dress identified above in its possession, custody, or control, or in the possession, custody, or control of any of its agents or representatives. If, in the future, Defendant discovers that it owns or controls any other advertisements, promotional materials, labels, signs, pictures, letterhead, plaques, and any other materials bearing any trademarks, names, or trade dress identified above, Defendant will immediately disclose to Caterpillar and destroy all such materials.

D. Defendant will pay to Caterpillar statutory damages in the amount of $2,000,000 pursuant to 15 U.S.C. § 1117(c).

E. Defendant will pay to Caterpillar attorney's fees in the amount of $43,600 and costs in the amount of $13,426.64 pursuant to 15 U.S.C. § 1117(a).

F. Defendant shall file with this Court and serve on Caterpillar's lawyers, thirty (30) days after the date of entry of this Order, a report in writing and under oath setting forth in detail the manner and form in which it has complied with all of the terms of this Order.

G. This Order will become effective upon service by hand on Defendant.

H. This Court will retain jurisdiction over the enforcement of this default judgment.

Date: January 26, 2009

UNITED STATES DISTRICT JUDGE

Prepared by:
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
Elliott D. Olson (Bar No. 041501)
Robert F. Helfing (Bar No. 090418)
Frederic F. Grannis (Bar No. 185119)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
Mark Sommers *pro hac vice*
Douglas A. Rettew *pro hac vice*
Stephanie H. Bald *pro hac vice*
Attorneys for Plaintiff
CATERPILLAR INC.

**EXHIBIT A**



**EXHIBIT B**



**EXHIBIT C**










CAT
CAT


Care Instructions:
FULL GRAIN LEATHERS: clean with a damp cloth using a solution of water and mild soap.
NUBUCK OR SUEDED LEATHERS: Use a soft brush on the surface. Dry away from direct heat.
To extend life and maintain suppleness of the upper, apply a shoe care product appropriate to the upper material.
Build A Better World
CAT
Slip Resistant
Cat® footwear with slip resistant soles reduces the risk of slips and falls – the hazard of low traction surfaces.
CAT
SR
SLIP
RESISTANT
CAT

**EXHIBIT D**









GAIERBILLART
GAI


GAIERBILLART


GENUINE
LEATHER
GAI


GAI


SR
SLIP
RESISTANT
GAI


GAI
Slip Resistant
Gai footwear with slip resistant soles reduces the risk of slips and falls - the hazard of low traction surfaces.


GAI
US
7½
UK
7
GENUINE LEATHER
MADE IN CHINA


GAI
GAI